UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:22-cr-00081-MO |
| v. | **INFORMATION** |
| | 18 U.S.C. § 2252A(a)(5)(B) and (b)(2) |
| **DENNIS "DENNY" DOYLE,** | Forfeiture Allegation |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

<u>COUNT 1</u>
**(Possession of Child Pornography)**
**(18 U.S.C. § 2252A(a)(5)(B) and (b)(2))**

Between on or about November 2014, and continuing until on or about December 2015, in the District of Oregon and elsewhere, defendant **DENNIS "DENNY" DOYLE,** knowingly and unlawfully possessed material containing child pornography that had been mailed, shipped, or transported using any means or facility of interstate or foreign commerce, and in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, said images included a depiction of a prepubescent minor or a minor who had not attained twelve years of age;

In violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

## FORFEITURE ALLEGATION

Pursuant to Title 18, United States Code, Section 2253, upon conviction of the offense described above in Count 1 of this Information, defendant **DENNIS "DENNY" DOYLE** shall forfeit to the United States any and all matter which contains visual depictions of minors engaged in sexually explicit conduct that were produced, transported, mailed, shipped, or received in violation of the offense, and any and all property that was used or intended to be used in any manner or part to commit or to promote the commission of the aforementioned violation or any property traceable to such property, to include but not limited to, one purple 64GB Lexar USB thumb drive.

Dated: March 3, 2022

Respectfully submitted,

SCOTT ERIK ASPHAUG
United States Attorney

*/s/ Natalie K. Wight*
NATALIE K. WIGHT, OSB #035576
Assistant United States Attorney