

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

# SUBMISSION REQUIREMENTS FOR ELECTRONIC TRIAL EXHIBITS

## Introduction

The District of Oregon uses the Jury Evidence Recording System (JERS) for the viewing of electronic exhibits by a jury during deliberations. This document describes the requirements and procedures parties and counsel are to follow when submitting electronic trial exhibits to the Court. To facilitate the use of JERS, parties and counsel should plan how exhibits may be prepared for electronic submission before they begin the discovery process and as they prepare exhibits for trial. Physical exhibits are to be handled in accordance with the trial judge's instructions.

## Prior to Trial

The submission of the electronic evidence files should occur after the parties are reasonably certain that the lists are complete to avoid a piecemeal submission of files to the Court.

## How to Submit Electronic Exhibit Files

| You will be organizing your exhibits in such a way that they can be imported into the Jury Evidence Recording System (JERS).<br><br>Notice that it has an exhibit number.<br><br>You will be responsible for numbering your exhibits and giving it a good description. The Courtroom Deputy (CRD) will give it the prefix of Def or Pla | This is what the Jury will see:<br><br>| Press Button to View an Exhibit | Book-mark | |<br>|---|---|---|<br>| Def 1 | ✓ | Hotel Receipt |<br>| Def 3 | ✓ | Photograph of Bank Interior |<br>| Def 4 | ✓ | Diagram of House |<br>| Def 5-a | ✓ | Video of Explosion |<br>| Def 6-a | ✓ | Photograph of Burning Exterior of House |<br>| Def 6-b | ✓ | Photograph of Damaged Exterior of House |<br>| Def 6-c | ✓ | Photograph of Damaged Interior of House |<br>| Def 7 | ✓ | Police Car Video |<br>| Def 8 | ✓ | Police Radio |<br>| Def 9 | ✓ | Photograph of Gun |<br>| Def 10 | ✓ | Photograph of Gun Close-up |<br>| Def 11 | ✓ | Photograph of Cell Phone |<br>| Def 12 | ✓ | Crime Lab Report |<br>| Def 13 | ✓ | Miranda Form | | Notice that it has an exhibit description. |
|---|---|---|

| | | |
|---|---|---|
| Load your exhibits onto a USB drive (thumb drive), DVD, CD or external USB hard drive.<br><br>It should look something like this.<br><br>It is helpful to number your exhibits and give them a user-friendly description. | **Name** / **Type**<br>Ex. 1 Hotel Receipt.pdf — Microsoft Edge PDF Document<br>Ex. 3 Photograph of Bank Interior.JPG — JPG File<br>Ex. 4 Diagram of House.pdf — Microsoft Edge PDF Document<br>Ex. 5a Video of Explosion.mpg — MPG Video File (VLC)<br>Ex. 6(a) Photograph of Burning Exterior of House.jpg — JPG File<br>Ex. 6(b) Photograph of Damaged Exterior of House.jpg — JPG File<br>Ex. 6(c) Photograph of Damaged Interior of House.jpg — JPG File<br>Ex. 7 Police Car Video.mpg — MPG Video File (VLC)<br>Ex. 8 Police Radio.wav — WAV Audio File (VLC)<br>Ex. 9 Photograph of Gun.pdf — Microsoft Edge PDF Document<br>Ex. 10 Photograph of Gun Close-up.pdf — Microsoft Edge PDF Document<br>Ex. 11 Photograph of Cell Phone.pdf — Microsoft Edge PDF Document<br>Ex. 12 Crime Lab Report.pdf — Microsoft Edge PDF Document<br>Ex. 13 Miranda Form.pdf — Microsoft Edge PDF Document<br>Exhibits.txt — Text Document | Electronic exhibits must be in the following formats:<br><br>Documents → .pdf<br><br>Images → .jpg, .gif., .png, .pdf<br><br>A/V Recordings → .avi, .mpg, .mp3, .mp4<br><br>File sizes must not exceed 500MB. Exhibits exceeding this size limit must be separated into smaller files.<br><br>Images may be reduced in size by reducing their dimensions, usually with minimal effect to viewing quality.<br><br>PDF file types are to be in PDF/A format and should be reduced in size using tools and features like Adobe Acrobat's "Reduce File Size." (Information about PDF/A is available here).<br><br>Documents and images must be properly oriented for viewing. |
| Create a text file on your USB drive called "Exhibits.txt"<br><br>This will act as the instructions for the JERS software to import your electronic exhibits into the JERS database.<br><br>It has three components:<br>Exhibit Number<br>Exhibit Description<br>Exhibit File Name<br><br>Each of these components will be separated by the "pipe" symbol: \| | Example of Exibits.txt file:<br><br>*Exhibits.txt - Notepad*<br>File Edit Format View Help<br>```
1|Hotel Receipt|Ex. 1 Hotel Receipt.pdf
2|Example of a missing exhibit|Ex. 2 Photo of Robbery.pdf
3|Photograph of Bank Interior|Ex. 3 Photograph of Bank Interior.JPG
4|Diagram of House|Ex. 4 Diagram of House.pdf
5a|Video of Explosion|Ex. 5a Video of Explosion.mpg
6a|Photograph of Burning Exterior of House|Ex. 6(a) Photograph of Burning
6b|Photograph of Damaged Exterior of House|Ex. 6(b) Photograph of Damaged
6c|Photograph of Damaged Interior of House|Ex. 6(c) Photograph of Damaged
7|Police Car Video|Ex. 7 Police Car Video.mpg
8|Police Radio|Ex. 8 Police Radio.wav
9|Photograph of Gun|Ex. 9 Photograph of Gun.pdf
10|Photograph of Gun Close-up|Ex. 10 Photograph of Gun Close-up.pdf
11|Photograph of Cell Phone|Ex. 11 Photograph of Cell Phone.pdf
12|Crime Lab Report|Ex. 12 Crime Lab Report.pdf
13|Miranda Form|Ex. 13 Miranda Form.pdf
``` | |



| Exhibit Number | Example of one line of the Exhibits.txt file: | Formatting Exhibits.txt |
|---|---|---|
| *The Exhibit Number will be visible to the Jury.* It can have sub-parts (1a, 1b, 1c, etc.) Do not include leading zeros in exhibit numbers. **Exhibit Description** *Give a description that the Jury will find helpful.* DO NOT use prejudicial names or descriptions. The Court may choose to release the exhibits without including the descriptions. Allowable punctuation in descriptions and file names are underscores, spaces, parenthesis, and periods only. | `1|Hotel Receipt|Ex.1 Hotel Receipt.pdf` (with labels: Exhibit Number, Exhibit Description, Exhibit File Name) | The Exhibit File Name in the Exhibits.txt must be the same as your File Name on the USB drive. There are no spaces before or after the " | " (pipe) symbol. **File Names** File names must not exceed 208 characters in length. |

After the files are imported into the JERS system, they will be reviewed by the Courtroom Deputy Clerk (CRD). If there are any illegible exhibits or other file errors, the CRD will contact the offering party and request a corrected file.

**During Trial**

At the conclusion of each trial day, parties may be required to review the exhibits admitted into evidence with the CRD to limit the time between closing arguments and when the exhibits may be released to the jury to begin deliberations.

If necessary, additional exhibits may be submitted by the parties to the CRD during trial. The file type requirements outlined above still apply and the electronic exhibit file(s) must be submitted on USB flash media (*i.e.*, thumb drive), external USB hard drive, DVD, or CD. An **Exhibits.txt** file, however, will not be required.

**Final Review of Exhibits**

Prior to closing arguments, the parties are to confer for a final review of those exhibits to be released to the jury. The parties shouldanticipate extra time for this review. Exhibits not marked as "admitted" will not be released to the jury.

Prior to deliberations, jurors will watch a tutorial video explaining how to use the JERS system, which covers selecting and viewing documents; starting,pausing, and stopping videos; and other functions to review evidence.

**Questions**

Contact the Judge's Courtroom Deputy Clerk for questions regarding the JERS system.