UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:22-cr-00081-MO |
| v. | |
| DENNIS "DENNY" DOYLE | PROTECTIVE ORDER |
| Defendant. | |

This matter came before the Court upon the government's unopposed motion for a protective order limiting the disclosure and dissemination of the discovery materials in this matter. Because the charge in this case is the possession of child pornography, images of the alleged minor victims and the personally identifiable information of third parties, appears throughout the materials. Rather than delay discovery of those materials while the government redacts the name and personal identifying information, the parties have agreed to the entry of an appropriate protective order under 18 U.S.C. § 3509(d)(3).

Based on the information in the government's motion, the Court finds that there is a significant possibility that public disclosure of the name or other information concerning any minors identified in the materials subject to this order would be detrimental to the minors. Accordingly, IT IS ORDERED that the materials contained in the government's pretrial discovery in this case may only be used and disseminated as follows:

1.      Any discovery documents or electronic records the government provides to counsel for defendant, may be disseminated to any member of the defense team and, at counsel's discretion, to any expert counsel retains to assist in the preparation or presentation of the defense.  Anyone who receives a copy of the material must also receive a copy of the protective order and must agree to be bound by its provisions.  No further copying or dissemination of the material is permitted.

2.      Counsel may discuss and show the contents of discovery to defendant.  However, counsel may not furnish copies of any of the records to defendant without the parties jointly approving redacted copies that do not include personal identifying information or minor victim identification.

3.      No one to whom disclosure is made may divulge or disclose the name or other personal identifying information of any minor victim to any member of the public, to the media, or in any publicly filed court document.

This protective order shall remain in effect until further order of the Court.  A violation of this order may be punished as a contempt of court.

DATED: _____

HONORABLE MICHAEL W. MOSMAN
Senior United States District Court Judge

Presented by:

SCOTT ERIK ASPHAUG
United States Attorney

*/s/ Natalie K. Wight*
NATALIE K. WIGHT
Assistant United States Attorney