**Elizabeth G. Daily, OSB 111758**
**Assistant Federal Public Defender**
**Email: liz_daily@fd.org**
**101 SW Main Street, Suite 1700**
**Portland, OR  97204**
**Tel: (503) 326-2123**
**Fax: (503) 326-5524**

**Attorney for Defendant**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 3:22-cr-00081-MO |
| Plaintiff, | |
| v. | **DEFENDANT'S SENTENCING MEMORANDUM** |
| **DENNIS DOYLE,** | |
| Defendant. | |

Dennis Doyle will appear before this Court on January 24, 2023, for sentencing on one count of possession of child pornography in violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2). Under the terms of the plea agreement, the government will seek a prison sentence of one year and one day. However, the defense will ask this Court to impose one year of home confinement as a condition of probation instead, because this case falls far outside the norm.

In light of a variety of circumstances that will be provided to this Court confidentially, a non-custodial sentence is sufficient, but not greater than necessary, to serve the purpose of punishment.

Respectfully submitted this 18th day of January, 2023.

          */s/ Elizabeth G. Daily*
          Elizabeth G. Daily
          Attorney for Defendant